AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 USC section 1029(a)(2) - Use of Unauthorized Access Device

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Count 1: 10 years imprisonment, $250,000 fine, Restitution, 3 years supervised release, mandatory special assessment, deportation, forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

Apr 02 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#### DEFENDANT - U.S

▶ Ion Cramba a/k/a Ion Grigoriu

DISTRICT COURT NUMBER    4:26-mj-70377 MAG

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DSS Special Agent Taylor Frechette

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Craig H. Missakian

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Emily R. Dahlke

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

<table>
<tr><td>United States of America</td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>Ion Cramba a/k/a Ion Grigoriu</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td></td></tr>
</table>

Case No.   4:26-mj-70377 MAG

**FILED**

Apr 02 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 2, 2026 _____ in the county of _____ Alameda _____ in the _____ Northern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC Section 1029(a)(2) | Use of Unauthorized Access Device |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Taylor Frechette, U.S Departmnet of State, Diplomatic Security Service

☑ Continued on the attached sheet.

/s/ Taylor Frechette

*Complainant's signature*

Taylor Frechette, Special Agent, DSS

*Printed name and title*

Approved as to form    */s/ Emily R. Dahlke*
AUSA  Emily R. Dahlke

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    04/01/2026

*Judge's signature*

City and state:    Oakland, California    Hon. Kandis A. Westmore US Magistrate Judge

*Printed name and title*

**<u>AFFIDAVIT OF SPECIAL AGENT TAYLOR FRECHETTE</u>**
**<u>IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Taylor Frechette, Special Agent with the U.S. Department of State, Diplomatic Security Service (DSS), being duly sworn, do declare and state the following:

**<u>INTRODUCTION</u>**

1.      This affidavit is made in support of a Criminal Complaint charging Ion Cramba a/k/a Ion Grigoriu ("**CRAMBA**") with a violation of Title 18, U.S. Code, Section 1029 (a)(2 (Fraud and Related Activity in Connection with Access Devices), in the Northern District of California on February 2, 2026.

2.      Because this Affidavit is submitted for the limited purpose of obtaining a criminal complaint and arrest warrant for **CRAMBA**, I have not included each and every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to establish probable cause that the violations of the federal law identified above have occurred.

3.      I have based my statements in this affidavit on my training and experience, my personal knowledge of the facts and circumstances of this case, obtained through my participation in this investigation, interviews with witnesses, information obtained from other law enforcement officers, information provided by reports prepared by other agents and law enforcement officers, information provided by records and databases, and my review of records relating to this investigation, all of which I believe to be reliable.  As the investigation continues, my understanding of the events described herein may change and evolve depending on additional information learned about the facts and circumstances.

4.      Where statements made by other individuals (including other law enforcement officers and witnesses) are referenced in this affidavit, such statements are described in sum and substance and in relevant part.  Similarly, where information contained in reports and other

1

documents or records are referenced in this affidavit, such information is also described in sum and substance and in relevant part.

**AFFIANT BACKGROUND**

5.　　I am a Special Agent with the U.S. Department of State, Diplomatic Security Service ("DSS") assigned to the San Francisco Field Office and have been so employed since 2018.  My training included completing the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Basic Special Agent Course at the Diplomatic Security Training Center.  I am assigned as a Task Force Officer ("TFO") the San Francisco Field Office of the Federal Bureau of Investigation Transnational Organized Crime squad.  As a DSS Special Agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have participated in investigations of passport fraud, money laundering, conspiracy, theft, identity theft, and fraudulent documents. I have conducted and participated in physical and electronic surveillance and the execution of search warrants.  Through my training, education, and experience, I have become familiar with the way individuals impersonate and assume other identities and/or personas in order to commit fraud; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. Prior to my current position as a Special Agent with the DSS I served as an Intelligence Officer in the United States Army.

6.　　While acting in my official capacity, I am authorized to investigate violations of the laws of the United States.  I have attended law enforcement trainings and have worked with other experienced fraud investigation and forensic analysis law enforcement personnel who investigate and/or participate in investigations of financial crimes, including conducting

2

surveillance, executing search warrants, and reviewing digital evidence containing numerous examples of offenses involving identity theft, money laundering, wire fraud, and access device fraud. I have participated in numerous criminal and national security investigations to include the execution of search and arrest warrants.

7. As a federal law enforcement agent, I am authorized to seek and obtain search warrants, arrest warrants, and investigate violations of federal laws including Title 18, U.S. Code, Section 1029, Access Device Fraud.

## APPLICABLE LAW

8. Title 18, United States Code, Section 1029(a)(2) makes it illegal for a person to knowingly use or traffic in an unauthorized access device and, with the intent to defraud, obtain at any time during a one-year period anything of value worth $1,000 or more, or things of value, their value together totaling $1,000 or more, when that conduct affects in some way commerce between one state and another state, or between a state of the United States and a foreign country

## FACTS ESTABLISHING PROBABLE CAUSE

### Overview of Illegal Skimming Activities Associated with Access Device Fraud

9. ATM and Point of Sale ("POS") skimming involves the placement of an electronic device that has the capabilities of reading and capturing the account information stored on a magnetic strip of a plastic bank card or debit card. In the case of a POS skimming, the skimming device is typically an overlay designed to replicate the appearance of the genuine POS terminal which is then covertly placed on top of a POS terminal at a retail establishment. In the case of ATM skimming, the skimming device, often referred to as a "deep-insert skimmer" is typically inserted inside of the ATM card acceptor slot utilizing a shim in such a fashion as to make it undetectable to the ATM customer. In both cases, the skimming devices have internal memory to

3

store the information on the victim card's magnetic strip when it is inserted into the ATM or inserted or swiped at the POS terminal.

10.    In the case of ATM skimming, a secondary device is typically used to capture the unsuspecting account holder's personal identification number (PIN) via a micro digital camera focused on the PIN pad of the ATM. These are referred to as "pinhole" cameras. The pinhole cameras are frequently placed inside concealments designed to mimic the signage or other casement materials around the ATM. The POS skimming overlays typically have the capability to capture both the magnetic stripe and the user's PIN in one device.

11.    After the skimming device(s) are installed, the suspect(s) later return to recover the devices, which at that point have recorded the full account information from the bank cards and the associated PINs used by the victims.  The skimming devices are connected to a computer or mobile device to download the captured account information, PIN numbers and/or video of the PIN numbers.  The suspect(s) then utilize a card reader/writer device connected to a laptop computer or similar electronic device to encode the stolen account information onto the magnetic strip of other cards with magnetic stripes. From my training and experience, I know that individuals engaged in skimming operations will often utilize gift cards or reloadable debit cards with no value as card stock. but can be encoded so that when used, they will register as the stolen EBT or credit card. These reencoded cards are known as "clone cards." The PIN associated with a respective victim card is at times written on the plastic card or a sticker affixed to the plastic card so it is ready to be used at any ATM to withdraw the victim's benefit funds. The withdrawal phase of a skimming operation is typically referred to as a "cash-out" when the criminals will use the clone cards encoded with the stolen data to withdraw funds.

4

12.     ATM/POS skimming devices are often used more than once, and the criminals who use them often do so at more than one location at a time.  Prior to use or when not in use, the ATM/POS skimming equipment typically is stored in the location where the criminals are residing, or within their vehicles or in storage units under their control.

13.     I know from my training and experience that skimming schemes often target pre-paid public benefits cards issued by a bank on behalf of a state agency because these cards are sometimes issued without a security chip, making them easier to exploit than chip-protected debit cards. These benefits are often referred to as Electronic Benefit Transfer (EBT) funds.

14.     I know from my experience that California EBT funds are typically dispersed on the first, second, and third day of the month. The funds are made available to recipients beginning at 6:00 a.m. on each of these days. Because of this, illegal cash-out operations, like the activity described in this affidavit, typically occur at ATMs in the early morning hours of the first day of the month. This is because the individuals who participate in EBT access device fraud want to withdraw the EBT funds before the victim accountholder has an opportunity to legitimately withdraw the EBT funds.

15.     I know from training and experience, my knowledge of this investigation, and in talking to law enforcement and reviewing records from California DSS, that certain ATMs in the East Bay, including but not limited to ATMs in Union City, California have been targeted by individuals and organized criminal groups engaging in suspected EBT access device fraud and cash-out schemes. These ATM's have typically been targeted by illegal cash-out operation activity in the hours after 6:00 a.m. on the first day or two of the month. Each month, the California Department of Social Services (CA DSS) generates a report of suspected fraudulent EBT transactions.

5

**Background of CRAMBA**

16.     Ion Cramba a/k/a Ion Grigoriu is a Romanian National born September 3, 1966 and is in the United States without legal authority. He was issued a final order of removal from the United States on or around December 4, 2017.

**Background of Investigation into CRAMBA**

17.     In or around December of 2024, a special agent with the USDA-OIG reviewed records that documented multiple EBT cashouts being conducted by an individual, later identified as **CRAMBA.** From December 2024 through March of 2026, law enforcement determined that an individual, later determined to be **CRAMBA** was involved in the successful withdrawal of a total of $81,593.50 cash in EBT funds out of an attempted $103,060 in withdrawals, utilizing a number of unique EBT accounts throughout Northern California. For a number of the transactions, CRAMBA was working in concert with a co-conspirator, believed to be Giulia Amati.

18.     Specifically, between February 2nd and March 1st 2026, **CRAMBA**, working with his co-conspirator, was observed conducting and assisting in, the cashouts of EBT accounts at ATMs in throughout Northern California.  The total amount withdrawn using various EBT account information between CRAMBA and his co-conspirator in this timeframe was approximately $48,000.

19.     For example, on February 2, 2026, surveillance footage showed an individual, later determined to be **CRAMBA,** utilizing a U.S. Bank ATM located inside a Safeway, in Newark California, in the Northern District of California.

6



Simultaneously, **CRAMBA** used three unique EBT accounts to successfully withdraw $2,700 cash, depicted below.

| 177 | 02/02/2026 10:54:53 | 5077190557357841 | U.S. BANK | SVE42361 | $1,000.00 | $1,000.00 |
| 178 | 02/02/2026 10:56:00 | 5077190562727251 | U.S. BANK | SVE42361 | $1,000.00 | $1,000.00 |
| 179 | 02/02/2026 10:57:09 | 5077190563586037 | U.S. BANK | SVE42361 | $700.00 | $700.00 |

20.     On March 1, 2026, surveillance footage showed **CRAMBA** utilizing a U.S. Bank ATM located inside a Raleys, in Antioch California, in the Northern District of California, depicted below.

7



Recorder 9380_Antioch_Raleys - 1 WU ATM SUS4W770
2026-03-01 06:44:48

Simultaneously, **CRAMBA** utilized seven unique EBT accounts to successfully

withdraw $3,600 cash, depicted below.

| | | | | | | |
|---|---|---|---|---|---|---|
| 183 | 03/01/2026 06:42:19 | 5077190552790129 | U.S. BANK TM | SUS4W770 | $1,000.00 | $1,000.00 |
| 184 | 03/01/2026 06:43:28 | 5077190515716690 | U.S. BANK TM | SUS4W770 | $1,000.00 | $1,000.00 |
| 185 | 03/01/2026 06:44:46 | 5077190571946959 | U.S. BANK TM | SUS4W770 | $800.00 | $800.00 |
| 186 | 03/01/2026 06:45:53 | 5077190509839037 | U.S. BANK TM | SUS4W770 | $800.00 | $800.00 |

21.     On April 1, 2026, law enforcement personnel from the FBI, the US Department of

Agriculture – Office of the Inspector General (USDA-OIG), and the US Department of State

initiated a surveillance operation of banks known to be targeted by skimmers, including ATMs in

Union City, CA.  Concurrent to the physical surveillance, the USDA-OIG conducted real time

monitoring of EBT transactions at the targeted ATMs where we were conducting surveillance, so

that law enforcement could identify potentially fraudulent transactions as they were occurring.

8

22.	At approximately 07:30 a.m., law enforcement observed a male, later identified as **CRAMBA**, appearing to make multiple transactions at an ATM located inside a 7-Eleven at 2609 Decoto Road, Union City, in the Northern District of California. Simultaneously, USDA-OIG reported that between 07:32 AM and approximately 07:42 AM a number of suspected fraudulent EBT balance inquires were conducted at the same ATM, utilizing approximately 15 unique EBT accounts.

23.	Based on my training and experience conducting access device fraud investigations, including investigations specifically targeting EBT fraud, I know that suspects perpetuating this fraud will often conduct balance inquires, so the individuals know exactly how much funds are available for withdrawal.

24.	Based on my training and experience, individuals conducting legitimate transactions at ATMs do not typically transition between multiple cards in rapid succession to conduct multiple transactions in a short period of time.

25.	**CRAMBA** was observed by surveillance teams accessing the ATM, then returning to a vehicle, a blue 2024 Honda CRV, which was on and running. In the passenger seat of the vehicle, agents observed a woman, later identified as Giulia Amati. The driver's seat was not occupied.

26.	In a review of surveillance footage associated with **CRAMBA's** prior EBT account withdrawals, Amati was observed conducting fraudulent EBT withdrawals as well. Based on historical information as well as the observed activity on April 1, 2026, law enforcement believe Amati and CRAMBA are working in concert.

27.	Law enforcement observed **CRAMBA** attempting to access the driver's side door of the Honda CRV. Based on the date, time, and location of the ATM transactions, as well as the

9

records of multiple and successive ATM inquires on multiple EBT cardholder accounts during a short period of time, at the same ATM, at approximately 07:50 a.m. AM, Agents arrested **CRAMBA** and simultaneously detained Amati.

28.    Following the arrest of **CRAMBA**, agents searched him incident to arrest and recovered the following on his person: 1 brown leather wallet containing 16 California EBT cards in names other than **CRAMBAs** with stickers on the back containing a series of numbers**.** Based on my experience in investigating these types of EBT fraud cases, I know that illegitimate or fraudulent California EBT cards or clone cards often have a sticker on the back with numbers written on it,  typically the PIN number for that card. I know from my training and experience that individuals who commit EBT fraud commonly write the pin numbers on the back of fraudulently obtained EBT cards so that they can remember different PINs associated with multiple fraudulent cards

29.    Inside the Honda, law enforcement recovered 4 wallets. One of the wallets contained a UK driver's license, issued in the name of Luca Donato, bearing the image of **CRAMBA**. The wallet also contained an Italian driver's license in the name of Luca Donato, also bearing the image of **CRAMBA**. Another wallet contained a black shim, a rectangular object which I know in my training and experience to be used by EBT fraudsters to facilitate the installation of credit card skimmers. Another wallet contained a Maryland driver's license bearing the name and image Giulia Amati. Another wallet contained $36 cash.

30.    In the center console of the vehicle, law enforcement recovered $5,340 in cash in various denominations, primarily $100 and $20 bills.

31.    Inside the vehicle, law enforcement recovered two cell-phones, including a black Samsung, which belonged to **CRAMBA**, and a blue Samsung belonging to Amati. Law

10

enforcement noted that **CRAMBA's** phone was open, unlocked and mounted on the windshield of the Honda with Google maps displaying directions to a Bank of America located at 35820 Fremont Boulevard, approximately a 10-minute drive from the location of the ATM where **CRAMBA** was arrested.

32.     Following his arrest, CRAMBA was read his *Miranda* rights. In a post-*Miranda* statement, CRAMBA told law enforcement (in substance) that he was in the United States without a visa and that the Italian and UK driver's licenses in the name of Luca Donato, bearing **CRAMBA's** image, were fraudulent.

33.     Based on the foregoing, probable cause exists to believe that on or about February 2, 2026, in the Northern District of California, Ion Cramba a/k/a Ion Grigoriu was engaged in the unauthorized use of access devices to fraudulent obtain something of value in excess of $1,000 in a one year period, all in a way that affected interstate commerce, and all in violation of Title 18, United States Code, Section 1029(a)(2).

34.     Accordingly, I respectfully request that a criminal complaint and a warrant for the arrest of Ion Cramba a/k/a Ion Grigoriu be issued.

Respectfully Submitted,

/s/ *Taylor Frechette*

_____

Taylor C. Frechette
Special Agent
Diplomatic Security Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 1st day of April 2026.

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

11